

**In re Paul KOLBER, Bankrupt.**
**Appeal of Max B. WILLIG.**
No. 8228.

Circuit Court of Appeals, Third Circuit.

Argued March 5, 1943.

Decided March 10, 1943.

Nathan J. Bonx, of Philadelphia, Pa. (Samuel E. Kratzok, of Philadelphia, Pa., on the brief), for appellant.

LeRoy Comanor, of Philadelphia, Pa. (Levi, Mandel & Miller, of Philadelphia, Pa., on the brief) for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The order of the district court is affirmed for the reasons set forth in the opinion of Judge Kirkpatrick, 49 F.Supp. 378.

**Edward ABLES v. Honorable Richard J. HOPKINS, Judge of the United States District Court for the District of Kansas.**
No. 2724.

Circuit Court of Appeals, Tenth Circuit.

April 5, 1943.

No appearance for either party.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Application for leave to file a petition for a writ of mandamus denied.

**Homer ASHLEY v. Honorable Richard J. HOPKINS, Judge of the United States District Court for the District of Kansas.**
No. 2715.

Circuit Court of Appeals, Tenth Circuit.

March 18, 1943.

No appearance for either party.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Application for leave to file a petition for a writ of mandamus denied.

**Samuel D. COCHRAN, Jr., and Floyd A. RIGGS, Appellants, v. FLORIDA NATIONAL BUILDING CORPORATION, Appellee.**
No. 10526.

Circuit Court of Appeals, Fifth Circuit.

April 23, 1943.

Shepard Broad, of Miami Beach, Fla., for appellants.

J. W. Harrell, of Jacksonville, Fla., for appellee.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

On the authority of Johnson v. Dallas Downtown Development Co., 5 Cir., 132 F.2d 287, the judgment 45 F.Supp. 830, is affirmed.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Elizabeth W. SHELDEN, Respondent.**
No. 9341.

Circuit Court of Appeals, Sixth Circuit.

Feb. 16, 1943.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, John W. Smith, Samuel H. Levy, and Carolyn E. Agger, all of Washington D. C., for petitioner.

Ferris D. Stone and Maxwell E. Fead, both of Detroit, Mich., for respondent.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and argument of counsel; and it appearing that the income of